# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Tigress Sydney Acute McDaniel, | JUDGMENT IN CASE |
| Plaintiff(s), | 3:18-cv-00530-RJC-DSC |
| vs. | |
| North Carolina Agricultural and Technical State University<br>Stephanie D. Lynch<br>Keith Schimmel<br>Katherine Murphy<br>Charles Waldrup<br>Bethany Meighen<br>Sherri Avent<br>University of North Carolina System<br>Harold Martin<br>Donna Eaton<br>Nicole Pride<br>Beryl McEwen<br>Clay Gloster,<br>Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 15, 2018 Order.

October 15, 2018

Frank G. Johns, Clerk
United States District Court